ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | No. SACV 08-450-AG (AGRx) |
| Plaintiff, | [PROPOSED] PARTIAL CONSENT JUDGMENT AS TO $190,233.71 IN U.S. CURRENCY |
| v. | |
| ONE 2006 MERCEDES E55, ONE BREITLING K13355 WATCH, $237,150.00 IN U.S. CURRENCY, $12,636.49 IN BANK ACCOUNT FUNDS, AND $35,786.45 IN ACCOUNT FUNDS, | [This Proposed Consent Judgment Is Not Dispositive of This Entire Action] |
| Defendants. | |
| JAMES LAMMERDING, | |
| Claimant. | |

    On April 25, 2008, plaintiff United States of America ("the government") filed a Verified Complaint for Forfeiture pursuant

to 21. U.S.C. §§ 881 (A)(4) and (a)(6) against the defendants: One 2006 Mercedes E55, One Breitling KL3355 Watch, $237,150.00 in U.S. Currency, $12,636.49 in Bank Account Funds, and $35,786.45 in Account Funds ("collectively referred to hereafter as "the defendant assets").

The government notified potential claimants of this action and published notice of this action as required by Supplemental Rule G (4)(a) of the Federal Rules of Civil Procedure.

Claimant James Lammerding ("Lammerding") filed a claim as to his interest in the defendant assets on May 21, 2008.  No other parties have appeared in this case.

The government and Lammerding have now agreed that $190,233.71 of the seized currency may be applied toward Lammerding's tax liability with the Internal Revenue Service for the years 2005 through 2007.

The parties hereby request the Court enter this Partial Consent Judgment as to $190,233.71 in U.S. Currency.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties to the Partial Consent Judgment.

2. Lammerding's tax liability for the years 2005 through 2007 is estimated to be $190,233.71.

3. Lammerding agrees to release $190,233.71 in U.S. Currency from the defendant assets currently being held by the United States Marshal Service ("USMS").  The remaining defendant assets will continue to be held by the USMS pending the disposition of this matter.

1   4. Within 60 days of the entry of this Partial Consent
2  Judgment, USMS will remit $190,233.71 to the Internal Revenue
3  Service to be applied to Lammerding's tax liability.  Said
4  remittance shall be forwarded to the following address:
5
            Internal Revenue Service
6           Appeals Office
            Attn: Carol Nguyen
7           Mail Stop 8900
            24000 Avila Road, Suite 4404
8           Laguna Niguel, CA 92677-3405
9  Lammerding's social security number shall also be noted on the
10 remittance payment.
11   5. Lammerding hereby releases the United States of America,
12 its agencies, agents, and officers, including employees and
13 agents of the Drug Enforcement Administration, from any and all
14
15 claims, actions or liabilities arising out of or related to this
16 action, including, without limitation, any claim for attorney's
17 fees, costs or interest which may be asserted on behalf of the
18 claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

6. The court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 29, 2010

_____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Dated: March ___, 2010          ANDRÉ BIROTTE JR.
                                United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                _____
                                FRANK D. KORTUM
                                Assistant United States Attorney

Dated: March ___, 2010

                                _____
                                SHAWN R. PEREZ, ESQ.
                                Attorney for James Lammerding

Dated: March ___, 2010


                                _____
                                JAMES LAMMERDING
                                Claimant

4