ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California  90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ONE 2006 MERCEDES E55, ONE BREITLING K13355 WATCH, $237,150.00 IN U.S. CURRENCY, $12,636.49 IN BANK ACCOUNT FUNDS, AND $35,786.45 IN ACCOUNT FUNDS,<br><br>       Defendants.<br>_____<br>JAMES LAMMERDING,<br><br>       Claimant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO.  SACV 08-450-AG (AGRx)<br><br>**[~~PROPOSED~~]**<br><br>**CONSENT JUDGMENT**<br><br>[NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |

//

//

On April 25, 2008, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows: One 2006 Mercedes E55, Vin number WDBUF76J66A893866 ("defendant vehicle"), One Breitling K13355 watch ("defendant watch"), serial number 416165#2, $237,150.00 in U.S. Currency ("defendant currency"), $12,636.49 in Bank Account Funds ("defendant bank funds") and $35,786.45 in Accounts Funds ("defendant bank funds"), (collectively the "defendant assets").  The government alleged that the defendant assets were subject to forfeiture pursuant to 21 U.S.C. §§ 881 (a)(4) and (a)(6).

Claimant James Lammerding ("Lammerding") filed a Statement of Interest on May 21, 2008.  No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The **parties stipulate that the** Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. §§ 881 (a)(4) and (a)(6).

3.   Notice of this action has been given as required by law. Claimant filed the only statement of interest or claim.  Claimant is relieved of his duty to file an answer in this action.  The

FDK:gc

1  Court deems that all other potential claimants admit the

2  allegations of the Complaint for Forfeiture to be true.

3      4.   The parties have previously agreed to a partial consent

4  judgment of $190,233.71 that was applied to claimant's

5  outstanding federal tax liability for 2005, 2006 and 2007.  The

6  United States Marshals Service has remitted payment directly to

7  the Internal Revenue Service and claimant's federal tax liability

8  has been satisfied.

9      5.   The 2006 Mercedes E55, Vin number WDBUF76J66A893866 and

10 Breitling K13355 watch shall be returned to Lammerding.

11 Lammerding, through his attorney, will make arrangements with the

12 United States Marshal Service to have the 2006 Mercedes E55 and

13 Breitling K13355 watch returned.

14     6.   The remaining defendant assets (with the exception of

15 the sum of $190,233.71 previously released pursuant to the

16 partial consent judgment dated March 29, 2010) plus interest as

17 provided by law from the date of seizure, are hereby forfeited to

18 the United States of America, and no other right, title, or

19 interest shall exist therein.

20     7.   Claimants hereby release the United States of America,

21 its agencies, officers, and employees, including employees of the

22 Federal Bureau of Investigations, and local law enforcement

23 agencies, their agents, officers, and employees, from any and all

24 claims, actions, or liabilities arising out of or related to this

25 action, including, without limitation, any claim for attorneys'

26 fees or costs on behalf of claimants, whether pursuant to 28

27 U.S.C. § 2465 or otherwise.

28     8.   The Court finds that there was reasonable cause for the

FDK:gc

1  institution of these proceedings against the defendant assets.

2  This judgment shall be construed as a certificate of reasonable

3  cause pursuant to 28 U.S.C. § 2465.

4       9.    The Court further finds that the claimant did not

5  substantially prevail in this action, and the parties shall bear

6  their own attorneys' fees and other costs of litigation.

7  DATED: July   9  , 2010

8

9                              THE HONORABLE ANDREW J. GUILFORD

10                              UNITED STATES DISTRICT JUDGE

FDK:gc

1

2

3                                   <u>CONSENT</u>

4        The government and claimant consent to judgment and waive

5   any right to appeal.

6   DATED: June ___, 2010          ANDRÉ BIROTTE JR.
                                    United States Attorney
7                                   CHRISTINE C. EWELL
                                    Assistant United States Attorney
8                                   Chief, Criminal Division
                                    STEVEN R. WELK
9                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
10

11                                  _____
                                    FRANK D. KORTUM
12                                  Assistant United States Attorney

13                                  Attorneys for Plaintiff
                                    United States of America
14

15
    DATED: June ___, 2010          LAW OFFICES OF SHAWN R. PEREZ
16

17                                  _____
                                    SHAWN R. PEREZ, ESQ.
18

19                                  Attorney for James Lammerding,
                                    Claimant
20

21

22

23

24

25

26

27

28

FDK:gc